JEAN McGUIRE and Another, Respondents, v. SAMUEL BONAT and Another, Doing Business under the Firm and Trade Name of SAMUEL BONAT & BRO., Appellants.— Action by the plaintiff wife to recover damages for personal injuries sustained while receiving a permanent hair wave treatment, and by the husband to recover for expenses and loss of services. Judgment for plaintiffs unanimously affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act. While we are of the opinion that the hospital record was improperly received in evidence, so far as objected to, still the error was not prejudicial to the defendants, as the matters objected to were well established by other and competent evidence. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

LOUIS L. MITCHELL, Respondent, v. NORTH AMERICAN CONTINENTAL CORPORATION, Appellant.— Action for damages for the breach of an oral contract of employment for one year. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

CAROLINE MULLER, as Executrix, etc., of WILLIAM MULLER, Deceased, in the Administration of All and Singular Goods, Chattels and Credits of WILLIAM MULLER, Deceased, Respondent, v. WALTER HEUCHEL, Appellant.— Judgment for plaintiff for damages for death caused by alleged negligent acts of the defendant in driving his car so close to the edge of the subway vent on which the decedent was standing that the latter was struck and suffered injuries causing his death. Judgment unanimously affirmed, with costs. The questions of negligence and contributory negligence, as well as the credibility of the witnesses, were questions of fact for the jury. Present — Carswell, Scudder, Tompkins, Davis and Johnston, JJ.